UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADIHA MINER,

                Plaintiff,

    v.

KING COUNTY HOUSING AUTHORITY
SECTION EIGHT,

                Defendant.

CASE NO. 2:19-cv-00848-MJP

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

       The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

       DATED this 4th day of June, 2019.


_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge