UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>                    Plaintiff,<br>     v.<br><br>KING COUNTY HOUSING<br>AUTHORITY SECTION EIGHT,<br><br>                    Defendant. | CASE NO. C19-0848JLR<br><br>ORDER STRIKING MOTIONS |

On June 19, 2019, the court entered an order remanding this action to King County Superior Court because this court lacks subject matter jurisdiction over Plaintiff Madiha Miner's complaint. (*See* Order (Dkt. # 7).) The matter is closed, and pursuant to Local Rule LCR 3(i), the Clerk will remand this action on July 3, 2019. *See* Local Rules W.D. Wash. LCR 3(i).

Despite the court's ruling, on June 25, 2019, Ms. Miner filed three motions, including a motion for a default judgment against Defendant King County Housing

Authority Section Eight (Mot. 1 (Dkt. # 8)), a motion requesting a subpoena duces tecum (Mot. 2 (Dkt. # 10)), and a motion to remove the action to the Washington Supreme Court (Mot. 3 (Dkt. # 12)). Even liberally construed, none of these motions constitutes a motion for reconsideration of the court's remand order and all are nonsensical. Concerning her first motion, there is no basis for granting a default judgment in this matter. (*See* Mot. 1.) Not only does the court lack subject matter jurisdiction to do so (*see* Order at 3), but there is no indication on the docket that Ms. Miner has served Defendant and no order of default is on file (*see generally* Dkt.). Her second motion for a subpoena duces tecum asks the court "to submit all evidence with the United States Supreme [C]ourt," a request that is incoherent given the procedural posture of this case. (Mot. 2 at 1.) Finally, with respect to Ms. Miner's third motion, there is no process under law for removing an action from a federal district court to the Washington Supreme Court. (*See* Mot. 3.)

Based on the foregoing, the court STRIKES Ms. Miner's motions (Dkt. ## 8, 10, 12), and DIRECTS the Clerk to remove them from the court's calendar.

Dated this 1st day of July, 2019.

JAMES L. ROBART
United States District Judge