UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MADIHA MINER,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>KING COUNTY HOUSING<br>AUTHORITY SECTION EIGHT,<br><br>　　　　　　　　　Defendant. | CASE NO. C19-0848JLR<br><br>ORDER STRIKING MOTIONS AND DIRECTING THE CLERK TO NOT ACCEPT ANY FURTHER FILINGS FROM PLAINTIFF UNLESS IT IS A NOTICE OF APPEAL |

On June 19, 2019, the court concluded that it lacked subject matter jurisdiction over this matter and ordered this action remanded to King County Superior Court.[1] (Order (Dkt. # 7).) In its ruling, the court specifically ordered Plaintiff Madiha Miner to not file anything further in this matter and to seek any relief to which she believed she was entitled from the courts of the State of Washington. (*Id.* at 4.) Despite this ruling

---

[1] On July 8, 2019, pursuant to the court's order and Local Rule LCR 3(i), the Clerk remanded this action to King County Superior Court and closed this matter. (*See* Letter (Dkt. # 22)); Local Rules W.D. Wash. LCR 3(i).

ORDER - 1

Ms. Miner has continued to file numerous motions in this matter. On June 25, 2019, she filed three motions (*see* Mot. 1 (Dkt. # 8); Mot. 2 (Dkt. # 10); Mot. 3 (Dkt. # 12)), which the court struck on July 1, 2019 (*see* 7/1/19 Order (Dkt. # 17)). On July 1, 2019, she filed three additional motions (*see* Mot. 4 (Dkt. # 18); Mot. 5 (Dkt. # 19); Mot. 6 (Dkt. # 20), which the court struck on July 3, 2019 (*see* 7/3/19 Order (Dkt. # 21)). The court also expressly warned Ms. Miner that if she did not cease filing frivolous motions in this and the other cases she has in the Western District of Washington, it would consider entering a vexatious litigant order against her. (*Id.* at 2-3.)

Despite the court's prior orders, on July 8, 2019, Ms. Miner filed two additional motions (Mot. 7 (Dkt. # 23); Mot. 8 (Dkt. # 24)), and a request to waive service of a summons (Request (Dkt. # 25)). The court DIRECTS the Clerk to strike Ms. Miner's motions (Dkt. ## 23, 24) from its calendar. The court further DIRECTS the Clerk to not accept any further filings from Ms. Miner in this matter, unless it is a notice of appeal, and to return any such attempted filings to her. Finally, the court will consider Ms. Miner's July 8, 2019, filings and other activity in this case with respect to the entry of a vexatious litigant show cause order in Ms. Miner's case numbers C19-0821JLR and C19-0822JLR.

Dated this 9th day of July, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2